



Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street  |  New York, NY 10019-6131  |  tel 212.858.1000  |  fax 212.858.1500

Jay D. Dealy
tel: +1.212.858.1270
jay.dealy@pillsburylaw.com

February 18, 2020

**VIA ECF and ELECTRONIC MAIL**

The Honorable Katherine Polk Failla
United States District Court, Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square, Courtroom 618
New York, NY 10007

    Re: ***Bombardier Inc. v. Horizon Air Industries, Inc.,***
         **No. 1:19-cv-10906-KPF (S.D.N.Y.)**

Dear Judge Failla:

We represent Plaintiff Bombardier Inc. ("Bombardier") in the above-referenced action, and write pursuant to Rule 2(D) of Your Honor's Individual Rules of Practice in Civil Cases. This letter is being submitted on behalf of both Plaintiff and Defendant Horizon Air Industries, Inc. ("Horizon") to adjourn the parties' Rule 16(c) pretrial conference to March 19 or 20, 2020, or as soon thereafter as the Court is available.

The parties' Rule 16(c) pretrial conference is currently scheduled for February 21, 2020. There have been no prior requests for adjournment or extensions of time. The current request is being made to allow Horizon to submit a response to Bombardier's First Amended Complaint, Doc. No. 9, and for the parties to engage in settlement discussions, in advance of the Rule 16(c) pretrial conference.

Respectfully submitted,

/s/ Jay D. Dealy
Jay D. Dealy

cc:    All Counsel of Record (via ECF)
        Marc L. Antonecchia, Esq. (via email)

Application GRANTED. The initial pretrial conference currently scheduled for February 21, 2020, is hereby ADJOURNED to March 24, 2020, at 11:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:     February 18, 2020      SO ORDERED.
             New York, New York

                                          HON. KATHERINE POLK FAILLA
                                          UNITED STATES DISTRICT JUDGE